UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES PAUL AERY, | Case No. 22-CV-1128 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| Sheriff ERNIE BEITEL, | |
| Defendant. | |

James Paul Aery, pro se.

This matter is before the Court on plaintiff James Paul Aery's objection to the May 13, 2022 Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois. Judge Brisbois recommends denying Aery's petition for a writ of habeas corpus without prejudice and denying his application to proceed *in forma pauperis*. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 6] and ADOPTS the R&R [ECF No. 5]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's petition for a writ of habeas corpus [ECF No. 1] is DENIED WITHOUT PREJUDICE;

2. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is DENIED; and

3. No certificate of appealability shall be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 1, 2022                         s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge